United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Seandre Darelle Jones,<br>*Plaintiff,* | § § § § | |
| v. | § § | Civil Action H-23-3515 |
| Michelle King,<br>Acting Commissioner of the<br>Social Security Administration,<br>*Defendant.* | § § § § | |

## ORDER

On February 10, 2025, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Motion for Summary Judgment, grant the Commissioner's Motion for Summary Judgment and that the Commissioner's final decision be affirmed. ECF No. 17. On February 18, 2025, Plaintiff filed objections. ECF No. 18. Plaintiff's objections are overruled, and the court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on February 20, 2025.

David Hittner
United States District Judge